UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

TRUSTEES OF THE DISTRICT COUNCIL 9
PAINTING INDUSTRY INSURANCE AND            Index No.: 07-CIV-9558 (SCR)
ANNUITY FUNDS,

                          Plaintiffs,            **VOLUNTARY NOTICE**
                                                  **OF DISMISSAL**

    -against-

SIERRA CONSTRUCTION OF WESTCHESTER, INC.,

                          Defendant.
----------------------------------------------------------------X

       Please take notice that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiffs by the undersigned attorney of record hereby voluntarily dismisses the above entitled action. Without Prejudice.

*Case Closed*

Dated: February 14, 2008
       Elmsford, New York

                                                   Dana L. Henke, Esq. (DLH3025)
                                                   Attorney for Plaintiff
                                                 258 Saw Mill River Road
                                                 Elmsford, New York 10523
                                                 (914) 592-1515

SO ORDERED

_____
Honorable Stephen C. Robinson, U.S.D.J.

dated: February 29, 2008